# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, ATHENS DIVISION

UNITED STATES OF AMERICA

v.

DETRIC McGOWAN

**JUDGMENT IN A CRIMINAL CASE**

Case Number 3:09-CR-00043-002 (CAR)

USM Number: 94680-071

Reza Sedghi
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1s.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Possess With Intent to Distribute Cocaine | 02/11/2009 | 1s |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) .

☐ Count(s) Dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

February 2, 2011
Date of Imposition of Judgment

Signature of Judge
C. ASHLEY ROYAL, Chief United States District Judge

3 February 2011
Date

DEFENDANT: DETRIC McGOWAN
CASE NUMBER 3:09-CR-00043-002 (CAR)
DISTRICT: MIDDLE DISTRICT OF GEORGIA

Judgment - Page 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 30 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this district:
  ☐ at       ☐ a.m.   ☐ p.m.   On
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3-3-2011 to FMC Lexington

at Lexington, KY, with a certified copy of this judgment.

DEBORAH A. HICKEY, WARDEN
~~UNITED STATES MARSHAL~~

By RA Powell, CDO
Deputy U.S. Marshal